# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 3, 2025

## NO. 03-24-00693-CV

**Patrick Amy and Ruth Amy, Appellants**

**v.**

**Phyllis West Cobb thru her Next Friend Tammy Lewis, Appellee**

**APPEAL FROM THE 423RD DISTRICT COURT OF BASTROP COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
AFFIRMED -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the final judgment and order signed by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's final judgment and order. Therefore, the Court affirms the trial court's final judgment and order. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.